Jay B. Kasner (jay.kasner@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
Bryan Levine (bryan.levine@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Paul J. Lockwood (paul.lockwood@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
Wilmington, Delaware  19801
(302) 651-3000

Attorneys for Defendants Merrill
  Lynch & Co., Inc. and Merrill Lynch,
  Pierce, Fenner & Smith Incorporated

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE MERRILL LYNCH AUCTION RATE SECURITIES LITIGATION | : : : | Master File No.: No. 09-md-2030 (LAP) |
| THIS DOCUMENT RELATES TO NO. 1:08-CV-3037 (LAP) | : : | **ECF Case** **Electronically Filed** |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS LEAD PLAINTIFFS'**
**"FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT"**

PLEASE TAKE NOTICE that upon: (i) the annexed "First Amended Consolidated Class Action Complaint" dated May 22, 2009; (ii) the accompanying Declaration of Jay B. Kasner dated June 26, 2009, and the exhibits attached thereto; (iii) the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Lead Plaintiffs' "First Amended Consolidated Class Action Complaint"; and (iv) all prior papers and proceedings herein, Defendants will move this Court pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, before the

Honorable Loretta A. Preska, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time to be determined by the Court, for an Order dismissing the "First" Amended Consolidated Class Action Complaint with prejudice and for such other and further relief as this Court may deem just and proper.

As agreed to by the parties, Lead Plaintiffs shall file their opposition papers on or before August 28, 2009 and their memorandum of law shall not exceed 50 pages. Merrill Lynch shall file its reply papers in further support of the motion on or before September 25, 2009 and their reply memorandum of law shall not exceed 30 pages.

Dated:    New York, New York
          July 24, 2009

/s/ Jay B. Kasner
Jay B. Kasner (jay.kasner@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
Bryan Levine (bryan.levine@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Paul J. Lockwood (paul.lockwood@skadden.com)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware  19801
(302) 651-3000

Attorneys for Defendants

TO:

David C. Girard
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
(415) 981-4800

Lead Counsel for Plaintiffs