# GETTY & CHILDERS PLLC

ATTORNEYS AT LAW

1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

Danielle H. Brown, Of Counsel
Extension 16
E-Mail: dbrown@gettychilders.com

Via dello Studio
No. 8
50122 Florence, Italy
Telephone: 011-39-055-290-394
Facsimile: 011-39-055-267-8800

**TELECOPIED AND MAILED**
(212) 805-7941

September 21, 2009

Hon. Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1213

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/28/09
```

Re:  In Re: Merrill Lynch & Co., Inc. Auction Rate Securities (ARS) Marketing Litigation Case No. 09-MDL-2030-LAP (S.D.N.Y.)

This Correspondence Relates To Community Trust Bank, Inc. Matter, No. 1:09-cv-5403-LAP

Dear Judge Preska:

Please accept this letter as a Motion To Adjust Deadlines, tendered by the Plaintiff, Community Trust Bank, Inc. ("Community Trust"), by counsel. Merrill Lynch, Pierce, Fenner & Smith, Incorporated ("Merrill Lynch"), through its counsel Mr. Burkhalter, has indicated it has no objection to the proposed deadline adjustments.[1] Community Trust requests that the deadlines set forth in Section B of the Stipulation And Revised Scheduling Order entered herein on August 18, 2009 be revised as follows:

1. Community Trust shall decide whether to stand on its First Amended Complaint (filed on February 23, 2009) by October 5, 2009 and, if it decides to file a Second Amended Complaint ("CT-SAC"), to do so by that date;

2. Merrill Lynch shall move, answer or otherwise plead in response to the CT-FAC (or, if Community Trust decides to amend, the CT-SAC) on or before November 4, 2009;

---

[1] This matter is being handled by letter request at the suggestion of Mr. Russell because counsel for Community Trust are encountering difficulties securing ECF passwords. A copy of the letter transmitting the Certificates Of Good Standing for Community Trust's counsel to the clerk and copied to the Court is attached.

# GETTY & CHILDERS PLLC
### ATTORNEYS AT LAW

Hon. Loretta A. Preska
September 21, 2009
Page 2

3. If Merrill Lynch files a Motion To Dismiss on or before that date, Community Trust shall file its opposition papers to that motion on or before December 4, 2009;

4. Merrill Lynch shall file its reply papers in further support of the Motion To Dismiss on or before December 28, 2009; and

5. The parties agree to continue to cooperate and adjust these deadlines if counsel's schedule makes that necessary.

Thank you for your kind consideration. If you need any further information or documentation from me, please do not hesitate to let me know.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
September 25, 2009

Sincerely,

*/s/ Danielle H. Brown*
Danielle H. Brown
Of Counsel

Enclosures
cc: Richard A. Getty, Esq.
All Counsel Of Record (via e-mail, all w/enclosures)

dhbltr0003