UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
IN RE MERRILL LYNCH AUCTION            :    Master Case File
RATE SECURITIES LITIGATION             :    No. 09-md-2030 (LAP)
                                       :
------------------------------------------------------------:    ECF Case
This Document Relates To               :    Electronically Filed
No. 1:09-cv-5403-LAP                   :
-----------------------------------------------------------x
```

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") hereby moves to dismiss the Second Amended Complaint in its entirety and with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4.

Merrill Lynch has filed contemporaneously herewith a Memorandum of Law in support of this Motion and an accompanying Declaration of A. Inge Selden III dated November 18, 2009.

Dated: November 18, 2009

                                                Respectfully submitted,

                                                  /s/ Carl S. Burkhalter

                                                A. Inge Selden III
                                                Carl S. Burkhalter
                                                **MAYNARD, COOPER & GALE, P.C.**
                                                1901 Sixth Avenue North
                                                2400 Regions Harbert Plaza
                                                Birmingham, Alabama 35203
                                                (205)254-1000

                                                *Attorneys for Defendant*

TO:    Richard A Getty
Danielle H. Brown
Jessica K. Case
Getty & Childers, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
(859) 259-1900

Joe F. Childers
201 W. Short Street
Suite 310
Lexington, KY 40507
(606) 253-9824

William Hickman, III
Jones & Hickman
43 Tolie Lane
Post Office Box 3850
Pikeville, KY 41501
(606) 423-5777

*Attorneys for Plaintiff Community Trust*

BNK Asset Management Partners, Inc.
1605 Valley Center Parkway, Suite 140
Bethlehem, PA 18017

*Defendant*

George Freeman
620 Eighth Avenue
New York, NY 10018
(212) 556-1558

*Attorney for Defendant Bank of America*

Thomas V. Urmy
Shapiro, Haber & Urmy L.L.P.
53 State Street
13th Floor
Boston, MA 02109
(617) 439-3939

*Attorney for Plaintiff Belgrade Avenue Securities Corp.*

Daniel Charles Girard
Jonathan K. Levine
Christina H. C. Sharp
Aaron Michael Sheanin
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800

*Attorneys for Plaintiffs Robert Berzin, Michael Bonde, Ronald Levy, Gerald Wendel, and Colin Wilson*

A.J. De Bartolomeo
Daniel Charles Girard
Jonathan K. Levine
Christina H.C. Sharp
Aaron Michael Sheanin
Girard Gibbs, LLP
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800

David R. Buchanan
Christopher Adam Seeger
Stephen A. Weiss
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
(212) 584-0700

Norman E. Siegel
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7112

*Attorneys for Plaintiff Frederick Burton*

Shari A. Brandt
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281
(212) 530-1874

Brian S. Fraser
Richards Kibbe & Orbe, LLP
701 8th Street, NW
Washington, DC 20001
(212) 530-1800

*Attorneys for Defendants Financial Guaranty Insurance Company and FGIC Corporation*


Brent J. Bourgeois
Larry M. Roedel
Roedel, Parsons
8440 Jefferson Hwy.
Suite 301
Baton Rouge, LA 70809
(225)929-7033

Lance C. McCardle
James Richard Swanson
Fishman Haygood Phelps Walmsley
Willis & Swanson, LLP
201 St. Charles Ave.
46th Floor
New Orleans, LA 70170
(504)586-5252

*Attorneys for Plaintiffs Louisiana Stadium & Exposition District and Louisiana State*


George Freeman
620 Eighth Avenue
New York, NY 10018
(212) 556-1558

Jay B. Kasner
Scott D. Musoff
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
42nd Floor
New York, NY 10036
(212) 735-3000

*Attorneys for Defendant Merrill Lynch & Co.*

George Freeman
620 Eighth Avenue
New York, NY 10018

*Attorney for Defendant Merrill Lynch Capital Services, Inc.*

Ian J. McLoughlin
Thomas V. Urmy
Shapiro Haber & Urmy, LLP
53 State Street
Floor 13
Boston, MA 02109
(617) 439-3939

*Attorneys for Plaintiff The Cooperative Bank*