**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:  MERRILL LYNCH & CO., INC.,
AUCTION RATE SECURITIES (ARS)
MARKETING LITIGATION

|  |  |
|---|---|
| This Document Relates To:<br><br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>No. 1:09-cv-09887-LAP<br><br>LOUISIANA PACIFIC CORPORATION,<br><br>               Plaintiff,<br><br>               v.<br><br>MONEY MARKET 1 INSTITUTIONAL<br>INVESTMENT DEALER; MERRILL LYNCH<br>& CO., INC.; MERRILL LYNCH, PIERCE,<br>FENNER & SMITH INCORPORATED; AND<br>DEUTSCHE BANK SECURITIES INC.,<br><br>               Defendants. | 1:09-md-02030-LAP<br>ECF CASE<br><br><br><br><br><br>**STATEMENT OF DAMAGES** |

Louisiana Pacific Corporation ("LP") respectfully submits this Statement of Damages. Upon entry of default judgment on LP's breach of fiduciary duty claim against Defendant Money Market 1 Institutional Investment Dealer ("MM1"), LP is entitled to an out of pocket damages award of $ 37,742,192.

As a direct and proximate result of MM1's breach of fiduciary duty, LP purchased a total of $55.575 million in unsuitable securities underwritten by Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"):

| Security | Date of Purchase | Amount Held By LP |
|---|---|---|
| Alesco I | 7/16/2007 | $20,000,000 |
| Alesco II | 7/30/2007 | $10,000,000 |
| Lakeside CDO I | 5/8/2007 & 6/8/2007 | $14,675,000 |
| Lakeside CDO II | 4/4/2007 | $5,000,000 |
| Cascade Funding CDO I | 2/5/2007 | $3,700,000 |
| South Coast Funding V | 6/20/2007 | $2,200,000 |

In July and September 2011, LP sold its holdings of the Alesco Series I and II and South Coast Funding V Series A-2, which it had purchased for a total of $32.2 million, for $15.001 million. LP continues to hold the Lakeside CDO I and II and Cascade Funding CDO I securities, which it had purchased for a total $23.375 million, but which are now valued at only $1.034 million. LP has received a total of $5.904 million in interest payments up through September 4, 2012, on the Merrill Lynch-underwritten securities.

During the time period that it held the Merrill Lynch-underwritten securities, the Lipper Institutional Money Market Index – a standard benchmark index for money market investments – earned an average of 1.57% interest annually. Accordingly, had LP invested its $55.575 million in suitable investments – rather than the Merrill Lynch-underwritten securities, it would have earned $4,106,675 in interest during the relevant time period.

The calculation of out of pocket damages is set forth in detail in the spreadsheet attached as Exhibit 1 and summarized below:

| | |
|---|---|
| Purchase price of unsuitable Merrill Lynch securities: | $  55,575,000 |
| Amount LP would have earned from suitable investments: | $    4,106,675 |
| Value of securities currently held by LP: | $   (1,034,120) |
| Cash received from LP's sale of securities: | $ (15,001,000) |
| Interest payments received by LP: | $   (5,904,363) |
| **Total:** | **$  37,742,192** |

Dated: September 7, 2012              Respectfully submitted,


  /s/ Andrew C. Shen
Mark C. Hansen
David L. Schwarz (206257)
Kevin J. Miller (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile:  (202) 326-7999
ashen@khhte.com

*Attorneys for Plaintiff Louisiana Pacific Corporation*

3