UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In Re: Merrill Lynch & Co.,          :   09 md 2030 (LAP)
Inc., Auction Rate Securities (ARS)  :
Marketing Litigation                 :
                Plaintiff(s),   :   ORDER
                                     :
            -against-                :
                                     :
                                     :
                                     :
            Defendant(s).            :
                                     :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

       Counsel shall confer and inform Judge Preska by letter no later than September 27, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                            _____
                                            LORETTA A. PRESKA,
                                            Senior U.S.D.J.

Dated: 9/21/23

New York, New York